IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR-07-213-S-EJL |
| ) | |
| vs. ) | |
| ) | **FINAL ORDER** |
| KIRKLEY ALLEN EVANS, ) | **OF FORFEITURE** |
| ) | |
| Defendant. ) | |
| ) | |

　　WHEREAS, on June 23, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §924(d) (made applicable pursuant to 28 U.S.C. § 2461(c)), based upon the Plea Agreement entered into in the above case between KIRKLEY ALLEN EVANS and the United States on April 4, 2008;

　　WHEREAS, the United States caused to be published on [www.forfeiture.gov,](www.forfeiture.gov) notice of this forfeiture and of the intent of the United States Attorney General (or a designee) to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

　　AND WHEREAS, no claims were filed.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF&E), is designated to forthwith seize all of the forfeited properties, not heretofore seized, which are described below.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

That the right, title and interest to the hereinafter described property,  is hereby condemned, forfeited and vested in the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF&E), and that no claim of interest in said property shall exist in any other person or entity, and that said property shall be disposed of according to law:

<u>Firearms and Ammunition to include</u>:

1. An Orion 12 gauge flare launcher with modified 12 gauge shotgun cartridges

IT IS FURTHER ORDERED that all parties herein shall bear their own costs and fees.

DATED: **September 11, 2008**

_Edward J. Lodge_
Honorable Edward J. Lodge
U. S. District Judge